UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA CARMEN GUILLERMO,<br><br>        Plaintiff,<br><br>    -against-<br><br>STARTING C & M CORP. D/B/A ANDY'S RESTAURANT, et al.,<br><br>        Defendant. | 23-CV-5022 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's August 31, 2023 Order, ECF No. 19, the parties were required to file a joint letter, the contents of which are described in the order, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than Thursday of the week prior to the conference date. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 16, 2023**.

  SO ORDERED.

Dated: October 13, 2023
   New York, New York

                      ARUN SUBRAMANIAN
                     United States District Judge