UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA CARMEN GUILLERMO,<br><br>         Plaintiff,<br><br>    -against-<br><br>STARTING C & M CORP. D/B/A ANDY'S RESTAURANT, et al.,<br><br>         Defendants. | 23-CV-5022 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Civil Case Management Plan and Scheduling Order, ECF No. 24, Defendants New Andy's Restaurant and Judith Encarnacion were ordered to find counsel no later than October 31, 2023. To date, counsel has not appeared on behalf of either Defendant and neither Defendant has filed an answer to the complaint or the counterclaims. In addition, as explained during the initial pretrial conference, Ms. Encarnacion cannot appear *pro se* on behalf of New Andy's Restaurant. **A failure to promptly secure counsel may result in adverse consequences for New Andy's Restaurant.**

  The parties are hereby ORDERED to meet and confer and file a joint status letter regarding Defendants New Andy's Restaurant and Ms. Encarnacion's efforts to secure counsel no later than **November 29, 2023**.

  The parties are further ORDERED to provide a copy of this order to Ms. Encarnacion.

  SO ORDERED.

Dated: November 15, 2023
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge