UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA CARMEN GUILLERMO,<br><br>                        Plaintiff,<br><br>-against-<br><br>STARTING C & M CORP. D/B/A ANDY'S RESTAURANT, et al.,<br><br>                        Defendants. | 23-CV-5022 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's November 15, 2023 Order, ECF No. 30, the parties were required to file a joint status letter regarding Defendants New Andy's Restaurant and Judith Encarnacion's efforts to secure counsel no later than November 29, 2023. To date, the parties have failed to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 18, 2023**.

      If the parties have been unable to reach New Andy's Restaurant or Ms. Encarnacion, they should indicate in the letter whether they intend to move for default judgment or voluntarily dismiss claims against the non-appearing defendants.

      SO ORDERED.

Dated: December 1, 2023
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                          United States District Judge