# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

January 24, 2024

**BY ECF**

Honorable Arun Subramanian  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Guillermo v. Starting C & M Corp., et al.  
23-cv-5022 (AS)

Your Honor,

Plaintiff would respectfully request that this case be re-opened and that the Court permit the parties to submit their Cheeks motion on or before February 16, 2024.

This matter arises under the Fair Labor Standards Act and the parties contemplated seeking Cheeks approval for their Agreement.

The parties are working on finalizing a long form agreement to execute to accompany the Cheeks motion.

/s/Colin Mulholland, Esq.  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*

---

Plaintiff's request is GRANTED. The parties should submit the settlement agreement and a joint letter, as described in the Court's January 10, 2024 order (Dkt. 36), no later than **February 16, 2024**.

The Clerk of Court is directed to terminate the motion at Dkt. 37 and reopen the case.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.  
Date: January 24, 2024