UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA CARMEN GUILLERMO,<br><br>       Plaintiff,<br><br>-against-<br><br>STARTING C & M CORP. D/B/A ANDY'S RESTAURANT, et al.,<br><br>       Defendants. | 23-CV-5022 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties were required to submit their settlement agreement to the Court and a joint letter explaining the basis for the proposed settlement no later than February 16, 2024. Dkts. 36, 38. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 26, 2024**.

  The parties are reminded that, they have the option to consent to proceed for all purposes before the assigned Magistrate Judge (the appropriate form for which is available at http://nysd.uscourts.gov/node/754), in which case the assigned Magistrate Judge would decide whether to approve the settlement. If all parties consent to proceed before the assigned Magistrate Judge, they should file a fully executed version of the consent form on the docket on or before **February 26, 2024**.

  SO ORDERED.

Dated: February 20, 2024
   New York, New York

                         _____
                          ARUN SUBRAMANIAN
                        United States District Judge