# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

February 26, 2024

**BY ECF**

Honorable Arun Subramanian  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Guillermo v. Starting C & M Corp., et al.  
23-cv-5022 (AS)

Your Honor,

Plaintiff would respectfully request that the Court permit the parties to submit their Cheeks motion on or before March 15, 2024.

There is a proposed copy of the agreement out for client comment however Defense counsel had a vacation planned and returning today. The parties believe they can finalize an agreement for Cheeks review within the requested time. And the parties will discuss consenting to the Magistrate.

/s/Colin Mulholland, Esq.  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*

Application GRANTED. The parties are advised that the Court is unlikely to grant further extensions.

The Clerk of Court is directed to terminate the motion at ECF No. 40.

SO ORDERED.

Arun Subramanian, U.S.D.J.  
Date: February 27, 2024