# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

March 15, 2024

**BY ECF**

Honorable Arun Subramanian  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Guillermo v. Starting C & M Corp., et al.  
23-cv-5022 (AS)

Your Honor,

Plaintiff would respectfully request that the Court permit the parties to submit their Cheeks motion on or before March 22, 2024.

Counsel for the parties spoke this past week and made the final edits to our proposed settlement agreement. The litigants should be executing at any moment now.

If the Court would indulge the parties again with a one-week extension, the parties anticipate submitting the Cheeks motion with all the requisite exhibits by next Friday.

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*

---

Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 42.

SO ORDERED.

Arun Subramanian, U.S.D.J.  
Date: March 19, 2024