# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

March 25, 2024

**BY ECF**

Honorable Arun Subramanian  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Guillermo v. Starting C & M Corp., et al.  
23-cv-5022 (AS)

Your Honor,

Plaintiff and Defendants would respectfully request that the Court permit the parties to submit their Cheeks motion on or before April 5, 2024.

There is a draft in circulation for execution. The parties had a miscommunication last week about which draft to execute that has been resolved, but we need to the parties to return executed copies.

The parties apologize for the delay.

Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 44.

SO ORDERED.

Arun Subramanian, U.S.D.J.  
Date: March 26, 2024

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*