UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICIA CARMEN GUILLERMO,<br><br>       Plaintiff,<br><br>-against-<br><br>STARTING C & M CORP. D/B/A ANDY'S RESTAURANT, et al.,<br><br>       Defendants. | 23-CV-5022 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On September 18, 2023, Plaintiff Alicia Carmen Guillermo submitted an executed settlement agreement in this case. The settlement agreement is between only Guillermo and two of the six Defendants: Martin Collado and Starting C & M Corp. d/b/a Andy's Restaurant.

  No later than **April 26, 2024**, Guillermo should file a letter explaining whether she will be pursuing her claims against Defendants Bernardo Collado, Manuel Machado, Judith Encarnacion or New Andy's Restaurant Corp. In addition, Defendants C & M Corp. d/b/a Andy's Restaurant, Martin Collado, Manuel Machado, and Bernardo Collado should file a letter by the same date, indicating whether they will be pursuing their cross-claims.

  If the parties are not pursuing their remaining claims, they should each file a notice of voluntary dismissal **without prejudice** in lieu of filing letters. Guillermo's notice must also indicate whether any dismissal is pursuant to a settlement agreement.

Dated: April 16, 2024
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge